UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RAMON RUBEN CAMACHO,<br>aka Ceasar R. Gonzales,<br><br>　　　　　Defendant. | CASE NO. CR 90-0626-R<br><br>ORDER |

　　　　Defendant has filed a motion for reduction of the sentence imposed on May 10, 1995.

　　　　It does not appear from anything defendant presents in his motion that this Court has jurisdiction to grant him any relief.

　　　　The motion is denied.

DATED: November 5, 2008.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MANUEL L. REAL
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE